OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

8/19/2015
**DEPAEPE, TIMOTHY EDWARD** Tr. Ct. No. C-372-010514-1387145-A
WR-83,733-01

The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, the applicant has not completed a proper verification of the prescribed form. See Ex Parte Rendon, 326 S.W. 3D 221 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

*RTS Discharged*

TIMOTHY EDWARD DEPAEPE
- TDC # 2001047